IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| JIMMY EUGLON | § | |
| VS. | § | CIVIL ACTION NO. 1:21-CV-262 |
| ZENA STEPHENS, SHERIFF | § | |

### MEMORANDUM ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Petitioner, Jimmy Euglon, a pre-trial detainee currently confined at the LaSalle Corrections Unit in Jefferson County, Texas, proceeding *pro se*, brings this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

The Court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this Court. The Magistrate Judge recommends dismissing this habeas petition for failure to exhaustion administrative remedies. Report and Recommendation (Doc. # 5).

The Court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such order, along with the record, and pleadings. No objections to the Report and Recommendation of United States Magistrate Judge have been filed to date.[1]

### ORDER

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct, and the report of the Magistrate Judge is ADOPTED. A Final Judgment will be entered in this case in accordance with the Magistrate Judge's recommendations.

**SIGNED this 12th day of May, 2022.**

Michael J. Truncale
United States District Judge

---

[1] The Acknowledgment Card was returned with no signature and no date on February 3, 2022 (Doc. # 7).